UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SETH A. SMITH                                             CIVIL ACTION

VERSUS                                                    NUMBER: 06-1231

N. BURL CAIN, WARDEN                                      SECTION: "B"(5)
LOUISIANA STATE PENITENTIARY

## ORDER AND REASONS

Considering the record and applicable law, **IT IS ORDERED** that:

(1) Petitioner's objections (Record Document No. 9) to the Magistrate Judge's Report and Recommendation are **DISMISSED**;

(2) The Magistrate Judge's Report and Recommendation (Record Document No. 8) are **AFFIRMED** and **ADOPTED** as the opinion of the Court and;

(3) The instant §2254 petition is thereby **DISMISSED**.

New Orleans, Louisiana, this 25th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE